**Herbert BRIDGES**

v.

**F. H. McGRAW & COMPANY.**

Court of Appeals of Kentucky.

Feb. 24, 1961.

Rehearing Denied June 23, 1961.

See also 302 S.W.2d 109.

Joseph S. Freeland, Francis T. Goheen, Paducah, for appellant.

James G. Wheeler, Thomas J. Marshall, Paducah, for appellee.

**PER CURIAM.**

This is a motion for appeal from a judgment of the McCracken Circuit Court in favor of the defendant in an action brought for the purpose of construing a bargaining agreement between the parties regarding travel pay which plaintiffs claim was due them.

The record has been considered and we find no prejudicial error.

The motion for appeal is denied, and the judgment is affirmed.